

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00855-CR

NICOLAS WARREN THOMPSON, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 177th District Court of Harris County (Tr. Ct. No. 1390979)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Nicolas Warren Thompson. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**. It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered January 29, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.